```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-99-148-WBS<br>) (Related Case: S-99-433-WBS)<br>) |
| Plaintiff, | ) |
| v. | ) MOTION MODIFYING PRETRIAL RELEASE<br>) CONDITIONS AND ORDER |
| VINH HUYNH, | ) |
| Defendants. | ) |

The United States of America, through its counsel of record, Assistant U.S. Attorney William S. Wong, and the defendant Vinh Huynh, through his counsel of record, Mark Axup, Esq., and Pretrial Services Officer, Becky Fidelman, appeared before this Court in chambers on July 25, 2008, on the parties joint motion to modify defendant Vinh Huynh's pretrial release conditions to delete the requirement for the electronic monitoring and to modify the defendant's travel restrictions to allow him to travel freely throughout California without prior approval of his Pretrial Services Officer.  The parties all agree to these changes and the court concurred.

///

1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 25, 2008 | By: | /s/ William S. Wong<br>WILLIAM S. WONG<br>Assistant U.S. Attorney |
| DATED: July 25, 2008 | By: | /s/ Mark Axup<br>MARK AXUP for defendant<br>Vinh Huynh |

**ORDER**

Good cause having been shown by the parties, defendant Vinh Huynh's pretrial release conditions are hereby modified as follows:

1. The condition requiring the electronic monitoring shall be deleted.
2. Any travel restriction shall be modified to allow the defendant to travel freely within the state of California without prior approval from his Pretrial Services Officer.

Dated: 07/30/08          /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

huynh.ord2

2